SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0068 MMC |
| ) | |
|     Plaintiff, ) | STIPULATION AND ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| ) | |
|     v. ) | |
| ) | |
| PRUCHPOL KARNJANARPORN, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

       With the agreement of the parties, and with the consent of defendant Pruchpol Karnjanarporn, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from February 21, 2007, to March 21, 2007.  The parties agree, and the Court finds and holds, as follows:

       1.     Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

       2.     Given these circumstances, the Court found that the ends of justice served by excluding the period from February 21, 2007, to February March 21, 2007, outweigh the best interest of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on February 21, 2007, the Court ordered that the period from February 21, 2007, to March 21, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: February 21, 2007          _____/s/_____
                                  GEOFFREY A. HANSEN
                                  Attorney for Defendant

DATED: February 21, 2007          _____/s/_____
                                  ANDREW P. CAPUTO
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 22, 2007          _____
                                  HON. MAXINE M. CHESNEY
                                  United States District Judge

2